Warrant Issued 11/29/06

FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 29 2006

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**ORIGINAL** United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

DAVID ANTHONY FLOOD

CRIMINAL COMPLAINT

CASE NUMBER: 1:06-MJ-1489

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>October 18, 2006</u> in <u>Fulton</u> County, in the Northern District of Georgia defendant(s) did, (Track Statutory Language of Offense)

through the use of the telephone, willfully make a threat and convey false information knowing the same to be false, concerning an attempt and alleged attempt being made to unlawfully damage and destroy a building and other real and personal property by means of an explosive,

in violation of Title <u>18</u> United States Code, Section(s) <u>844(e)</u>.

I further state that I am a(n) Task Force Officer of the Federal Bureau of Investigation, Domestic Terrorism Squad, and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached sheet and made a part hereof.     (X) Yes     ( ) No

_____
Signature of Complainant
ROBERT A. EUBANKS, JR.

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

<u>NOVEMBER 29, 2006</u>                    at     <u>ATLANTA, GEORGIA</u>
Date                                                                   City and State

JANET F. KING
United States Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer
AUSA CANDISS L. HOWARD 404/581-6000

# AFFIDAVIT

I, Robert A. Eubanks Jr., being duly sworn, state the following:

1. I am a Task Force Officer (TFO) employed by the Forsyth County Sheriff's Office, assigned to the Federal Bureau of Investigation Joint Terrorism Task Force(FBI JTTF). My responsibilities include the investigation of threats and acts of terrorism. I have been employed with the Forsyth County Sheriff's Office since October 1996. I am currently sworn as a Special Deputy United States Marshal.

2. This affidavit is made in support of a criminal complaint charging DAVID ANTHONY FLOOD with violations of Title 18, United States Code, Section 844(e). As set forth below, the investigation indicates that there is probable cause to believe that DAVID ANTHONY FLOOD did convey a threat by telephone to use explosives at the Richard B. Russell Federal Building Courthouse, 75 Spring Street Atlanta, Fulton County, Georgia, and at the Woodruff Arts Center, 1280 Peachtree Street N.E., Atlanta Georgia.

3. On October 18, 2006 a bomb threat was made telephonically to the Atlanta 911 Communications Center. This call was recorded as follows: "Praise Allah, you have 13 minutes to clear the Richard B. Russell Building out and Woodruff Arts Museum in Buckhead, otherwise 13 pounds of C-4 will explode." The incoming 911 call was identified through the enhanced 911 system as being made from telephone number 404-281-4766.

4. The call prompted an emergency response from the Atlanta Police Department, along with the Department of Homeland Security Federal Protective Service, Metropolitan Atlanta Rapid Transit Authority Police, Fulton County Police and United States Marshal Service. Law enforcement personnel and canines from those agencies conducted a search of the Richard B. Russell Building and perimeter with negative results.

5. The Atlanta Police Department was also immediately dispatched to the Woodruff Park, which was searched for explosive devices. It was later determined the caller stated Woodruff Arts Museum. The only building fitting that name is the Woodruff Arts Center. The Atlanta Police Department later made contact with management at that location. No explosives were found at either Woodruff Park or the Woodruff Arts Center.

6. This officer interviewed Shamesha Eberhart on November 7, 2006 at Dismas Charities-North. Eberhart was placed at Dismas by the Bureau of Prisons as part of a federal sentence for drug violations. Eberhart told this officer that: Sometime prior to October 18, 2006, Eberhart purchased a Trac-Phone brand, pre paid cellular telephone. Eberhart registered the phone in the name of Theodora Lawton. The Trac-Phone was assigned telephone number 404-281-4766. Eberhart had been employed at Bobby and June's Restaurant since August 30, 2006. On or about October 14, 2006 DAVID ANTHONY FLOOD, a person she had known for approximately one month, took possession of the Trac-Phone. Eberhart made several calls to the phone in an attempt to recover it

from FLOOD. FLOOD answered the phone on those occasions, but FLOOD would not return it to her. Eberhart knew that FLOOD was a former employee of Bobby and June's Restaurant. FLOOD came to the restaurant almost every morning to eat breakfast when Eberhart was working. Eberhart accidently dropped her phone in FLOOD's car. According to Eberhart, FLOOD once lived at Dismas House Atlanta-West, on Fulton Industrial Boulevard in Atlanta, Georgia.

7. This officer played the recorded threat (as described in paragraph 4 above) for Shamesha Eberhart on November 7, 2006. Eberhart identified the voice making the threat as that of DAVID ANTHONY FLOOD.

8. On ~~October~~ November 8, 2006 this officer obtained a photograph of DAVID ANTHONY FLOOD from Gladys Scott director of Dismas Charities Atlanta-West, 300 Wendell Court, Atlanta GA 30336. Scott stated FLOOD was employed by Bobby and June's Restaurant from March 2, 2006 to March 23, 2006, during this time FLOOD was a resident of Dismas Charities-West as part of a federal sentence for bank robbery. FLOOD remained at Dismas Charities-West from February 15, 2006 until March 24, 2006. FLOOD was terminated from the Dismas program, in part, for using a cellular telephone in violation of Dismas Charities regulations.

9. This officer interviewed Bobby Crowe Jr., manager of Bobby and June's Restaurant on November 9, 2006. Crowe stated that DAVID ANTHONY FLOOD was a former employee who worked at the restaurant for approximately one month from March 2, 2006 until March 29, 2006. Crowe was aware that Eberhart had purchased a cellular phone and that FLOOD had possession of it. Crowe was told by Eberhart that she had left the phone in FLOOD's vehicle and she had made several unsuccessful attempts to get it back. Crowe called FLOOD several times in an attempt to get the phone back.

10. Bobby Crowe Jr. listened to the recorded threat (as described in paragraph 4 above) and identified the voice making the threat as that of DAVID ANTHONY FLOOD. Crowe was shown a photograph of DAVID ANTHONY FLOOD and asked if he recognized the person in the photo. Crowe responded that the picture was of David FLOOD, the same person who had taken Eberhart's phone.

11. This officer played the recorded threat (as described in paragraph 4 above) to Harold Marshall, an employee of Bobby and June's Restaurant on November 9, 2006. Marshall identified the voice making the threat as that of DAVID ANTHONY FLOOD and said he knew FLOOD from working with FLOOD at Bobby and June's Restaurant.

12. This officer played the recorded threat (as described in paragraph 4 above) to Keith Brown, employee of Bobby and June's Restaurant on November 9, 2006. Brown identified the voice making the threat as that as DAVID ANTHONY FLOOD and stated that he knew FLOOD from working with him at Bobby and June's Restaurant.

13. On November 28, 2006, this officer played the recorded threat (as described in paragraph 4 above) to Consuela Davis. Davis identified the voice making the threat as that of DAVID ANTHONY FLOOD. Davis is employed at Dismas Charities-West as an administrative assistant.

Davis' duties include collecting money from residents, that is 25% of the residents' income, as required by Dismas Charities regulations, as the residents' contribution to the cost of the program. Davis stated that she knew FLOOD from the time he resided at the Dismas House, during which time she talked with FLOOD while collecting money from him.

14. The criminal history for DAVID ANTHONY FLOOD shows a 1999 arrest and conviction for bank robbery in the Northern District of Georgia.

15. Based on the foregoing this officer submits that there is probable cause to believe that DAVID ANTHONY FLOOD, has committed offenses in violation of Title 18, United States Code, Section 844(e).