ORIGINAL

FILED IN CHAMBERS
U.S.D.C Atlanta

JUN 1 9 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | No. 1 07-CR-211 |
| DAVID ANTHONY FLOOD | : | |

THE GRAND JURY CHARGES THAT:

On or about the 18th day of October, 2006, in the Northern District of Georgia, the defendant, DAVID ANTHONY FLOOD, by means and use of an instrument of commerce, that is, the telephone, willfully and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to kill and injure individuals and to unlawfully damage and destroy buildings, namely, the Richard Russell Building (the Federal Courthouse), located at 75 Spring St., SW, Atlanta, GA, and the Woodruff Arts Museum (Woodruff Arts Center), located at 1280

Peachtree St., Atlanta, GA, by means of fire and explosives, all in violation of Title 18, United States Code, Section 844(e).

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

*/s/ Katherine B. Monahan*
KATHERINE B. MONAHAN
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30335
404/581-6049    FAX: 404/581-6181
Georgia Bar No. 045737

A true bill

*/s/* 
FOREPERSON